FILED

07/01/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0388

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0388

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

WILLIAM EUGENE JOHNSON,

      Defendant and Appellant.

## ORDER

The State of Montana has asked this Court to allow Ms. Lauren Amongero to practice before this Court in this case pursuant to the Montana Student Practice Rule, subject to the restrictions of the Rule.

IT IS HEREBY ORDERED that Lauren Amongero shall be allowed to practice before this Court in the above-entitled matter under and subject to the restrictions of the Montana Student Practice Rule. The Clerk is directed to provide copies of this order to all counsel of record.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 1 2020